76D01-2309-CT-000385

Steuben Superior Court

Filed: 9/7/2023 10:44 AM
Clerk
Steuben County, Indiana

| STATE OF INDIANA | ) | | IN THE STEUBEN SUPERIOR COURT |
| --- | --- | --- | --- |
| | ) | SS: | |
| COUNTY OF STEUBEN | ) | | CAUSE NO._____ |

JOSHUA COOK,                               )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )
                                           )
STEUBEN COUNTY SHERIFF,                    )
RODNEY L. ROBINSON, OFFICER                )
KEITH PAVEL, OFFICER JOHN                  )
RUSSELL, OFFICER SCOTT MASBAUM,)
                                           )
        Defendants,                        )

## COMPLAINT

Plaintiff, alleges against Defendants that:

1. Plaintiff is Joshua Cook who, on October 6, 2021, was incarcerated in the Steuben County Jail, and who was injured as a result of excessive force inflicted by multiple Steuben County correctional officers who worked for and operated under the supervision of the Steuben County Sheriff, as set forth in the Tort Claim Notice, attached hereto and made a part hereof as Exhibit A. The Tort Claim Notice was sent out certified mail return receipt, and the attached green card and certified mail receipts are attached hereto as Exhibit B.

2. Defendant Steuben County Sheriff Rodney L. Robinson is in charge of and runs the Steuben County Jail and is sued in his representative capacity as being responsible for the actions of his jailors under the doctrine of respondeat superior.

3. Defendants Officer Keith Pavel, Officer John Russell, and Officer Scott Masbaum

–1–

EXHIBIT A

were, on October 6, 2021, persons who were operating under color of law in their individual capacities as correctional officers under the laws and regulations of the state of Indiana and the Steuben County Sheriff when they, either acting affirmatively or as bystanders, inflicted upon the Plaintiff, or allowed to be inflicted upon the Plaintiff, excessive force, by grabbing and slamming the Plaintiff face first onto a concrete floor, while he was handcuffed and shackled, then jumping on the Plaintiff's back and subjecting him to further needless and unreasonable force, all in violation of Plaintiff's constitutional right to be free from excessive force, and/or his constitutional right to be free from cruel and unusual punishment, under the Fourth, Fourteenth, and Eighth amendments of the united states constitution.

4. The individual Defendant Stueben County correctional officers committed the tort of assault and battery against the Plaintiff by intentionally and maliciously grabbing him and slamming him face first into a concrete floor, and then using additional force by jumping on him and breaking his ribs, all in violation of the tort laws of the state of Indiana. The Steuben County Sheriff is liable in his representative capacities for the individually named officers' battery against the Plaintiff.

5. As a direct and proximate result of the constitutional violations against the Plaintiff, which are actionable under 42 U.S.C. § 1983, and as a result of the assault and battery committed by the individually named officers, Plaintiff suffered physical pain, mental anguish, suffering, emotional distress, bruises and contusions, broken ribs, medical expenses and other damages and injuries.

–2–

EXHIBIT A

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

i. As against the Steuben County Sheriff, Plaintiff prays for judgment for compensatory damages, reasonable costs of the action and for all other just and proper relief.

ii. As against the individually named officers sued in their individual capacities under 42 U.S.C § 1983 and the United States constitution, Plaintiff requests compensatory damages, pecuniary damages, punitive damages, reasonable attorney's fees and costs under 42 U.S.C. § 1988, and for all other just and proper relief in the premise.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

_____
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:   cmyers@myers-law.com
Counsel for Plaintiff

EXHIBIT A

76D01-2309-CT-000385
Steuben Superior Court

Filed: 9/7/2023 10:44 AM
Clerk
Steuben County, Indiana



# Myers Smith Wallace LLP
LAW OFFICES
809 S. Calhoun Street, Suite 400 ♦ Fort Wayne, IN 46802
(260) 424-0600 ♦ (260) 424-0712

CHRISTOPHER C. MYERS          cmyers@myers-law.com
ILENE M. SMITH                ismith@myers-law.com
NICHOLAS F. WALLACE           nwallace@myers-law.com

March 25, 2022

Steuben County Sheriff James L. Allard
206 E Gale St
Angola, IN 46703

**\*OFFICE COPY\***

Chief Ranking Officer
c/o Steuben County Jail
206 E Gale St
Angola, IN 46703

## TORT CLAIM NOTICE

*RE: Joshua Cook v. Steuben Co Sheriff Rodney L Robinson, and John Doe's / Jane Doe's*

Dear Sirs:

This Tort Claim Notice is sent to you on behalf of Mr. Joshua Cook in the above dispute, which involves allegations of excessive force, assault, and battery against Steuben County Jail personnel.

### Background:

Claimant Joshua Cook was housed at the Steuben County Jail during October 2021. Prior to his booking into the jail, he had been involved in a vehicle accident on about July 1, 2021 where he suffered numerous injuries. He was subsequently arrested in August and detained in the Steuben County Jail.

On or about October 6, 2021, an incident occurred in which after being secured in handcuffs and shackles, he had a verbal disagreement with one of the confinement officers, regarding the decision to also place a "black box" on his restraints. When Mr. Cook questioned the need for the "black box", he used a curse word. At no time however, did Mr. Cook attempt to threaten, fight, or flee.



EXHIBIT A

Nevertheless, the confinement officer grabbed and slammed the Claimant face first onto the concrete floor. Immediately after Cook was on the floor, at least three additional confinement officers joined in, jumping on the Claimant's back and subjecting him to further needless force.

The Claimant was then taken to a hospital, where it was determined that he now had three new broken ribs. The claimant was furthermore informed that although he had suffered serious injury in his July vehicle accident, those injuries were sufficiently healed, for medical personnel to easily identify the freshly broken ribs as being new injuries.

The Claimant contends that the respondence John Does/Jane Does Steuben County Jail confinement personnel, subjected him to excessive and unreasonable force, and that this excessive force also constituted assault and battery under the laws and public policies of the state law.

**Extent of the Loss:**

The Claimant suffered three new broken ribs during the attack, as well as additional injuries including bruises and contusions. In addition, as a result of the assault and battery at the jail, the Claimant incurred medical bills, and was subjected to inconvenience, mental anguish, physical pain and injury, emotional distress, and other damages and injuries.

**Time, Date and location of the Loss:**

The loss occurred at the Steuben County Jail located at 206 E Gale St, Angola, IN 46703, on or about October 6, 2021.

**Names of all persons involved, if known:**

Joshua Cook - claimant
John Does/Jane Does – jail confinement personnel
John Does/Jane Does – jail medical personnel
Sgt. Cody Henderson- Steuben County Sheriff's Department
John Does/Jane Does – hospital personnel

**Amount of Damages Sought:**

Claimant understand that there is a cap in Indiana on the amount of compensation that can be recovered on a state tort claim. Claimant seek and amount within this cap and/or whatever a judge and jury would find reasonable. The Claimant may also seek additional damages available under federal law.

EXHIBIT A

**Claimant's Residence at the Time of the Loss, and At the Time of This Tort Claim Notice:**

At the time of loss and at the time of this Notice: Steuben County Jail, 206 E Gale St, Angola, IN 46703. At the time of this notice: The Claimant can be reached through Meyers Smith Wallace LLP, 809 South Calhoun Street Suite 400, Fort Wayne, IN 46802.

Respectfully,

MYERS SMITH WALLACE LLP

Ilene M. Smith

03/24/22
IMS/gll

EXHIBIT A

**76D01-2309-CT-000385**
**Steuben Superior Court**

Filed: 9/7/2023 10:44 AM
Clerk
Steuben County, Indiana

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief Ranking Officer
   c/o Steuben County Jail
   206 E. Gale St.
   Angola, IN 46703

   9590 9402 7220 1284 8824 73

2. Article Number (Transfer from service label)
   7021 0350 0000 6199 7060

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Tonya Buck_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Tonya Buck
C. Date of Delivery: 03-28-22
D. Is delivery address different from item 1? ☐ Yes ☐ No

MAR 30 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 3160 0000 3998 5007

Certified Mail Fee: $
Extra Services & Fees
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $
Total Postage and Fees: $

Postmark Here — Mar 25 2022 11:54A

Sent To: Steuban County Sheriff James L. Allard
Street and Apt. No., or PO Box No.: 206 E. Gale St.
City, State, ZIP+4®: Angola, IN 46703

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7021 0350 0000 6199 7060

Certified Mail Fee: $
Extra Services & Fees
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $
Total Postage and Fees: $

Postmark Here

Sent To: Chief Ranking Officer, Steuben County Jail
Street and Apt. No., or PO Box No.: 206 E. Gale St.
City, State, ZIP+4®: Angola, IN 46703

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Steuben County Sheriff
   James L. Allard
   206 E. Gale St.
   Angola, IN 46703

   9590 9402 7220 1284 8824 66

2. Article Number (Transfer from service label)
   7020 3160 0000 3998 5007

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Tonya Buck_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Tonya Buck
C. Date of Delivery: 03-28-22
D. Is delivery address different from item 1? ☐ Yes ☐ No

MAR 30 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

EXHIBIT B

EXHIBIT A