AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOSHUA COOK

      Plaintiff

  v.

                                                                                                           Civil Action No.  1:23-cv-410

RODNEY L. ROBINSON, *Steuben County Sheriff*

KEITH PAVEL, *Officer*

JOHN RUSSELL, *Officer*

SCOTT MASBAUM, *Officer*

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITH PREJUDICE for lack of prosecution and failure to appear for court-ordered proceedings.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Cristal C Brisco.

DATE: 4/4/2025  CHANDA J. BERTA, CLERK OF COURT

by  s/A. Highlen
*Signature of Clerk or Deputy Clerk*